IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>JAMES DAVID BULLOCK, )<br>    Defendant, )<br>)<br>and )<br>)<br>JOHN E. GREEN COMPANY, )<br>    Garnishee. ) | CASE NO. DNCW3:03CR218<br>(Financial Litigation Unit) |

## ORDER OF CONTINUING GARNISHMENT

**THIS MATTER** is before the Court on the Answer of the John E. Green Company, as Garnishee. On September 28, 2005, the Honorable Graham C. Mullen sentenced the Defendant to forty-eight months incarceration for his conviction of one count of Conspiracy to Defraud the United States in violation with 18 U.S.C. § 371 and twelve counts of Conspiracy to Commit Money Laundering in violation of 18 U.S.C. § 1956 (h). Judgment in the criminal case was filed on October 19, 2005, (Docket No. 104). As part of that Judgment, the Defendant was ordered to pay an assessment of $200.00 and restitution was "to be determined" at a later date. An Order was filed on March 13, 2007, (Docket No. 140), and restitution was ordered in the amount of $3,238,729.93.

On January 4, 2011, the Court entered a Writ of Continuing Garnishment ("Writ") to Garnishee, the John E. Green Company, ("Garnishee"). The United States is entitled to a wage garnishment of up to 25% of net income and has satisfied the prerequisites set forth in 15 U.S.C. §1673. Defendant was served with the Writ of Garnishment on January 27, 2011, and Garnishee was served on January 10, 2011. Garnishee filed an Answer on February 14, 2011, (Docket No. 168), stating that at the time of the service of the Writ, Garnishee had in their custody, control or

possession property or funds owned by the Defendant, including non-exempt, disposable earnings.

IT IS THEREFORE ORDERED that an Order of Continuing Garnishment is hereby ENTERED in the amount of $3,213,528.04, computed through January 4, 2011. Garnishee will pay the United States up to 25% of Defendant's net earnings which remain after all deductions required by law have been withheld and 100% of all 1099 payments, and Garnishee will continue said payments until the debt to the Plaintiff is paid in full or until Garnishee no longer has custody, possession or control of any property belonging to Defendant or until further order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to the Clerk of the United States District Court, 401 West Trade Street, Charlotte, NC 28202. In order to ensure that each payment is credited properly, the following should be included on each check: Court Number DNCW3:03CR218.

The Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment the Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.

Signed: October 24, 2011

_____
David S. Cayer
United States Magistrate Judge