IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | CASE NO. DNCW3:03CR218 |
| | ) | (Financial Litigation Unit) |
| JAMES DAVID BULLOCK, | ) | |
| Defendant. | ) | |
| and | ) | |
| | ) | |
| TOTAL FACILITY SOLUTIONS, INC., | ) | |
| a.k.a. TEXAS FACILITY SOLUTIONS, INC. | ) | |
| Garnishee. | ) | |

DISMISSAL OF WRIT OF CONTINUING GARNISHMENT

Upon Motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment filed in this case against Defendant James David Bullock as to Garnishee Total Facility Solutions a/k/a Texas Facility Solutions, Inc., is DISMISSED.

**SO ORDERED**.

Signed: December 19, 2012

David S. Cayer
United States Magistrate Judge